UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIRIAM VELASCO DE GOMEZ et al.,<br><br>          Plaintiff(s),<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES et al.,<br><br>          Defendant(s). | CASE NO. 2:22−cv−00368−TSZ<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Thomas S. Zilly, United States District Judge. All future documents filed in this case must bear the cause number 2:22−cv−00368−TSZ and bear the Judge's name in the upper right hand corner of the document.

DATED April 18, 2022

                                      Ravi Subramanian
                                      Clerk of Court

                                      By: /s/ Kelly A Miller
                                            Deputy Clerk