UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIRIAM VELASCO DE GOMEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | C22-368 TSZ <br><br> MINUTE ORDER |

**I. INITIAL SCHEDULING DATES**

The Court sets the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | June 17, 2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | July 1, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | July 1, 2022 |

The deadlines above may be extended only by the Court. Any request for an

MINUTE ORDER - 1

extension should be made by telephone to Judge Zilly's Chambers at (206) 370−8830.  If Defendants have appeared, the parties are directed to meet and to confer before contacting the Court to request an extension.

## II. JOINT STATUS REPORT & DISCOVERY PLAN

All counsel and any pro se parties are directed to confer and provide the Court with a combined Joint Status Report and Discovery Plan (the "Report") by July 1, 2022.  This conference shall be by direct and personal communication, whether that be a face−to−face meeting or a telephonic conference. The Report will be used in setting a schedule for the prompt completion of the case. It must contain the following information by corresponding paragraph numbers:

1. A statement of the nature and complexity of the case.
2. A proposed deadline for the joining of additional parties.
3. A discovery plan that states, by corresponding paragraph letters (A, B, etc.), the parties' views and proposals on all items in Federal Rule of Civil Procedure 26(f)(3),
4. The parties' views, proposals, and agreements, by corresponding paragraph letters (A, B, etc.), on all items set forth in Local Civil Rule 26(f)(1).
5. The date by which discovery can be completed.
6. Whether the case should be bifurcated by trying the liability issues before the damages issues, or bifurcated in any other way.
7. Whether the pretrial statements and pretrial order called for by Local Civil Rules 16(e), (h), (i), and (k), and 16.1 should be dispensed with in whole or in part for the sake of economy.

MINUTE ORDER - 2

8. Any other suggestions for shortening or simplifying the case.

9. The date the case will be ready for trial. The Court expects that most civil cases will be ready for trial within a year after filing the Joint Status Report and Discovery Plan.

10. Whether the trial will be jury or non−jury.

11. The number of trial days required.

12. The names, addresses, and telephone numbers of all trial counsel.

13. The dates on which the trial counsel may have complications to be considered in setting a trial date.

14. If, on the due date of the Report, all defendants have not been served, counsel for the plaintiff shall advise the Court when service will be effected, why it was not made earlier, and shall provide a proposed schedule for the required FRCP 26(f) conference and FRCP 26(a) initial disclosures.

15. Whether any party wishes a scheduling conference before the Court enters a scheduling order in the case.

18. List the date(s) that each and every nongovernmental corporate party filed its disclosure statement pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1. If the parties are unable to agree to any part of the Report, they may answer in separate paragraphs. No separate reports are to be filed.

### III. PLAINTIFF'S RESPONSIBILITY

This Minute Order is issued at the outset of the case, and a copy is sent by the Clerk to counsel for plaintiffs and any defendants who have appeared. Plaintiffs' counsel

MINUTE ORDER - 3

is directed to serve copies of this Minute Order on all parties who appear after this Order is filed. Such service shall be accomplished within seven (7) days after each appearance. Plaintiffs' counsel will be responsible for starting the communications needed to comply with this Minute Order.

### IV. PROCEDURAL INFORMATION

The Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, court forms, instruction sheets, and General Orders can be found on the Court's website at www.wawd.uscourts.gov.

### V. EARLY SETTLEMENT CONSIDERATION AND NOTIFICATION

If settlement is achieved, counsel shall immediately notify Judge Zilly's Chambers at (206) 370−8830.

The parties are responsible for complying with the terms of this Minute Order. The Court may impose sanctions on any party who fails to comply fully with this Minute Order.

IT IS SO ORDERED.

Dated this 20th day of April, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 4