UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIRIAM VELASCO DE GOMEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | C22-368 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Pursuant to the parties' Stipulated Motion to Stay Proceedings, docket no. 28, the Court STAYS this matter until May 25, 2022. The deadline for Defendants to respond to Plaintiffs' pending motions, docket nos. 3 & 4, is EXTENDED to June 6, 2022. The motions are RENOTED for June 10, 2022. Any replies shall be filed by the new noting date.

(2)     The deadline for Defendants to file any responsive pleading or motion to the Complaint, docket no. 1, is EXTENDED to July 5, 2022.

(3)     The parties are DIRECTED to file a Joint Status Report by May 25, 2022.

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of April, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1