UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIRIAM VELASCO DE GOMEZ, et al.,

          Plaintiffs,

   v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

          Defendants.

C22-368 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' Joint Status Report, docket no. 33, the Court further STAYS this matter until Monday, July 27, 2022. The deadline for Defendants to respond to Plaintiffs' pending motions, docket nos. 3 & 4, is EXTENDED to Monday, August 15, 2022 and those motions are RENOTED for August 19, 2022. Any replies shall be filed by the new noting date.

(2) The deadline for Defendants to file any responsive pleading or motion to the complaint, docket no. 1, is EXTENDED to Monday, September 7, 2022.

(3) The parties are DIRECTED to file a Joint Status Report by Wednesday, July 27, 2022.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of June, 2022.

                                          Ravi Subramanian
                                          Clerk

                                          s/Gail Glass
                                          Deputy Clerk

MINUTE ORDER - 1